IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA PUGLISI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE | : | |
| INSURANCE COMPANY | : | NO. 11-1914 |

## ORDER

**AND NOW**, this 20th day of June, 2011, upon consideration of Plaintiff's Petition to Remand (Docket No. 5), and all documents submitted in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Petition is **DENIED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.